**FOR THE**
**THIRD DISTRICT OF TEXAS**
(512) 463-1733

Date:        October 16, 2015

Case Number:  03-15-00524-CR
Trial Court No.: D-1-DC-15-201468

Style:       Walter Greathouse v. The State of Texas



The enclosed opinion and judgment were sent this date to the following persons:

Please note: In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68. This notification shall be sent certified mail, return receipt requested, to the defendant at his last known address. The attorney shall also send the court of appeals a letter certifying his compliance with this rule and attaching a copy of the return receipt within the time for filing a motion for rehearing. *See* Tex. R. App. P. 48.4.

The Honorable Rosemary Lehmberg
District Attorney
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

The Honorable Clifford A. Brown
P.O. Box 1748
147th Judicial District
Austin, TX 78767
* DELIVERED VIA E-MAIL *

Mr. Walter Greathouse
Travis County Correctional Complex
3614 Bill Price Road
Del Valle, TX 78617

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

The Honorable Velva L. Price
Criminal District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 16, 2015

## NO. 03-15-00524-CR

Walter Greathouse, Appellant

v.

The State of Texas, Appellee

APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00524-CR

**Walter Greathouse, Appellant**

v.

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT NO. D-1-DC-15-201468, HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Walter Greathouse seeks to appeal a judgment of conviction for aggravated assault with a deadly weapon. *See* Tex. Penal Code § 22.02(a)(2). The trial court has certified that (1) this is a plea-bargain case and Greathouse has no right of appeal, and (2) Greathouse has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed: October 16, 2015

Do Not Publish



# COURT OF APPEALS

THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

US POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623 OCT. 16 2015
$ 000.41⁶

RECEIVED
OCT 27 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

**RETURN TO SENDER**
[ ] I NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] I NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

MR. WALTER GREATHOUSE
TRAVIS COUNTY CORRECTIONAL COMPLEX
3614 BILL PRICE ROAD
DEL V,

*Handwritten in red:* Reﬂused to Holiday unit

NIXIE        787        DE 1270        0010/22/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 78711254747        *0893-08828-22-11

42  HOT-S93B @7B57.